UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALL RISK MANAGEMENT, LLC, *in personam* and F/V ALL RISK (O.N. 1073935), *in rem*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: |
| v. | ) ) | |
| SEA DOG MARINE SERVICE, LLC, | ) ) | |
| Defendant. | ) ) | **IN ADMIRALTY** |

### COMPLAINT

NOW COME, the Plaintiffs All Risk Management, LLC, *in personam,* and F/V ALL RISK (O.N. 1073935), *in rem*, by and through its counsel to file this complaint against the Defendant, Sea Dog Marine Service, LLC as set forth below.

### PARTIES

1. All Risk Management, LLC is a Massachusetts limited liability corporation having a principal place of business located in Concord Massachusetts. It is comprised of one member who resides in Concord, Massachusetts.

2. All Risk Management, LLC is the owner of the F/V ALL RISK (O.N. 1073935).

3. Sea Dog Marine Services, LLC is a South Carolina limited liability company with a principal place of business located in Charleston, South Carolina.

### JURISDICTION

4. Jurisdiction is based upon 28 U.S.C. §1333, Admiralty and 28 U.S.C. §1331, Federal Question, specifically 46 U.S.C. §31343. This is an admiralty or maritime claim within the meaning of Rule 9(h), Fed.R.Civ.P.

5. Plaintiffs seek a declaration that the F/V ALL RISK (O.N. 1073935), is not subject to a certain Notice of Claim of Maritime Lien or to the maritime lien asserted therein.

6. The vessel subject to the notice of claim of maritime lien are within the District of Massachusetts, specifically Boston and Gloucester.

## COUNT I
### (No Maritime Lien)

7. Plaintiffs contracted with Defendant to install a refrigeration system.

8. Defendant warranted to the Plaintiffs that the installation would work and be free of any defects.

9. The refrigeration system installed in F/V ALL RISK (O.N. 1073935) does not work and must be replaced.

10. Defendant has refused to undertake any efforts to make repairs to the system and further invoiced the Plaintiffs significantly more than what was communicated before the installation began.

11. Defendant filed a Notice of Claim of Maritime Lien against F/V ALL RISK (O.N. 1073935) on or about May 15, 2023.

12. The Notice of Claim of Maritime Lien is a cloud on the title to the F/V ALL RISK (O.N. 1073935) and impair the marketability of the Vessel.

WHEREFORE, Plaintiffs prays that the Court declare and award as follows:

1. Declare that F/V ALL RISK (O.N. 1073935) is not subject to any maritime lien or Notice of Claim of Maritime Lien in favor of Sea Dog Marine Service, LLC;

2. Award to Plaintiffs their costs and attorneys fees pursuant to 46 U.S.C. §31343(c)(2); and

3. Enter such other and further relief as the court deems reasonable and just.

                                                            Respectfully submitted,
                                                            Plaintiffs,
                                                            By their attorney,


                                                            <u>/s/ David S. Smith</u>
                                                            David S. Smith
                                                            BBO No.: 634865
                                                            Farrell Smith O'Connell
                                                            Aarsheim Aprans LLP
                                                            27 Congress St., Suite 109
                                                            Salem, Massachusetts 01970
                                                            Tel: 978-744-8918
Dated: July 17, 2023                                      dsmith@fsofirm.com